# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>Veronica AVILA,<br><br>          Defendant. | Case No.:    25MJ4374<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 12, 2025, within the Southern District of California, Veronica AVILA did knowingly and intentionally import 5 kilograms and more, to wit: approximately 12.20 kilograms (26.89 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Eric Velazquez
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 13th day of August 2025.

Hon. Valerie E. Torres
United States Magistrate Judge

## STATEMENT OF FACTS

On August 12, 2025, at approximately 11:25 PM, Veronica AVILA ("AVILA"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa POE in vehicle lane #4. AVILA was the driver, sole occupant, and registered owner of a 2014 Volkswagen Jetta ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting primary roving operations when the Human and Narcotic Detection Dog alerted to the passenger side dashboard of the vehicle, while the vehicle was parked at the primary inspection booth. A Customs and Border Protection Officer (CBPO) received two negative customs declarations from AVILA. AVILA stated she was crossing the border to go to San Diego, California. AVILA and the vehicle were referred to secondary for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the dashboard of the vehicle.

Further inspection of the vehicle resulted in the discovery of 10 packages concealed in the dashboard of the vehicle, with a total approximate weight of 12.20 kgs (26.89 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.

1

AVILA was placed under arrest on August 13, 2025, at approximately 1:15 AM.

During a post-Miranda interview, AVILA denied knowledge that the narcotics were in the vehicle. AVILA stated that she was going to work. AVILA said someone else must have put the drugs in her vehicle, but maintained she always keeps the keys to her vehicle on her, always locks the vehicle, and that she was not told to drive elsewhere.

AVILA was arrested and charged with a violation of Title 21, United States Code, Sections 952 and 960, importation of a controlled substance.